ESPINET, DEMANDANTE Y APELADO, *v.* ALVAREZ, DEMANDADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce en procedimiento de traslado de causa sobre prelación de créditos.

No. 1382.—Resuelto en enero 17, 1916.

TRASLADO DE PLEITOS—AFFIDAVIT DE MÉRITOS—SUFICIENCIA DE LA DECLARACIÓN DEL DEMANDADO—INSTRUCCIONES DEL ABOGADO DEFENSOR—BUENA Y SÓLIDA DEFENSA.—Aunque no es un modelo de perfección, es, sin embargo, suficiente y puede estimarse que cumple con las exigencias del estatuto sobre la materia, la declaración jurada de un demandado en apoyo de una solicitud jurada de traslado del pleito al distrito de su domicilio, en la cual manifiesta que está perfectamente enterado de todos los hechos del caso y de las alegaciones en él contenidas, por su propio conocimiento y por las instrucciones recibidas de su abogado consultor en relación con esos hechos y la ley aplicable a los mismos, y que tiene la convicción de que podrá oponer a la demanda una buena y sólida defensa.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Manuel A. Rivera.*

El apelado no compareció.

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

El presente es un recurso de apelación contra una orden negando el traslado de un pleito a otro distrito judicial.

Nadal Espinet interpuso demanda contra José de Jesús Pérez y Manuel Alvarez Blanco, ejercitando "acciones alter-

nativas de inexistencia de crédito o prelación de crédito."
Emplazados los demandados, ambos solicitaron el traslado
del pleito a la Corte de Distrito de Guayama, a cuyo efecto
archivaron separadamente escritos excepcionando la deman-
da por indebida acumulación de acciones y por falta de he-
chos suficientes para determinar las acciones en la misma
ejercitadas, las mociones de traslado en las cuales se alegó
bajo juramento que los demandados residían en el territo-
rio de la Corte de Distrito de Guayama, y dos declaraciones
juradas de los demandados. La corte negó el traslado y
uno de los demandados, Manuel Alvarez Blanco, interpuso
contra la negativa el presente recurso de apelación. La
declaración jurada del demandado apelante dice así:

"Yo, Manuel Alvarez Blanco, juro solemnemente: que mi nombre
es como queda dicho; que soy uno de los demandados en la acción arri-
ba expresada; que tengo mi residencia fija y permanentemente en
el pueblo de Santa Isabel en el que me dedico al comercio; que no
tengo, ni he tenido, la intención de ausentarme de la isla. Que estoy
perfectamente enterado de todos los hechos del presente caso y de
las alegaciones en él contenidas y por mi propio conocimiento y por
las instrucciones recibidas de mi abogado consultor don Manuel A.
Rivera, en relación con estos hechos y la ley aplicable a los mismos,
tengo la convicción que podré oponer a la demanda una buena y só-
lida defensa."

La negativa de la Corte de Distrito de Ponce se basó en
la insuficiencia de los *affidavits* de méritos en que se funda-
ron las mociones de traslado. El juez de distrito no razonó
su resolución y la parte apelada no ha comparecido ante
este Tribunal Supremo. De suerte que sólo tenemos ante
nosotros las alegaciones, la conclusión del juez y los argu-
mentos del apelante.

Que el apelante tiene derecho al traslado, no cabe duda
alguna. El demandante ejercitó una acción personal ante
la Corte de Distrito de Ponce y el apelante reside en el dis-
trito judicial de Guayama. Pero ésta no es la cuestión en-

vuelta, sino la de si el apelante ejercitó su derecho de acuerdo con la ley.

El artículo 82 del Código de Enjuiciamiento Civil, dice así:

"Si el distrito en que se establece la demanda no es el en que deba seguirse el juicio, podrá, sin embargo, continuarse en aquél, a menos que el demandado, al comparecer a contestar o a formular excepciones, presente una declaración jurada y fundada y pida por escrito que el juicio se celebre en el distrito correspondiente."

Dicho artículo ha sido interpretado en varias ocasiones por esta Corte Suprema, y a los efectos de la resolución de este caso bastará que citemos el de *Bithorn et al.* v. *Ball et al.*, 17 D. P. R. 577, en el cual se estableció la siguiente doctrina:

"Es suficiente y cumple con los requisitos del Código de Enjuiciamiento Civil sobre la materia, la declaración jurada fundamentada interesando el traslado de un pleito en la cual se alega que el demandado ha expuesto fielmente a su abogado los hechos del caso y que, según su opinión, el demandado tiene una buena defensa de los méritos de la acción."

Examinados los hechos de este caso a la luz de la jurisprudencia establecida, opinamos que si bien la declaración jurada del apelante apoyando la solicitud de traslado no es un modelo de perfección, basta para que se entiendan cumplidas las exigencias del estatuto.

En tal virtud, opinamos que debe revocarse la resolución recurrida y ordenarse a la Corte de Distrito de Ponce que decrete el traslado solicitado.

*Revocada la resolución recurrida, ordenándose el traslado solicitado.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.